A CERTIFIED TRUE COPY
ATTEST

Cz Ebob Tuf x bsupo Opw2: - 3119

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 03, 2008**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION           MDL No. 1871

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-29)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 311 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Opw2: -3119

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 NOV 24  PM 12: 46

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 11/29/08
ATTEST: Tom Dempsey
        U.S. DISTRICT COURT

FILED

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                      MDL No. 1871

## SCHEDULE CTO-29 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

FLORIDA NORTHERN
   FLN  3  08-414              Leroy Rivers v. SmithKline Beecham Corp.

INDIANA NORTHERN
   INN  3  08-458              Kennard Thacker, Sr. v. SmithKline Beecham Corp.
   INN  3  08-459              Chester Burnett, et al. v. SmithKline Beecham Corp.

INDIANA SOUTHERN
   INS  1  08-1339             Robert Brooks v. SmithKline Beecham Corp.
   INS  3  08-143              Miranda K. Shoemaker, et al. v. SmithKline Beecham Corp.
   INS  4  08-164              William Mears v. SmithKline Beecham Corp.
   INS  4  08-165              Virginia Finney v. SmithKline Beecham Corp.
   INS  4  08-166              John Denny v. SmithKline Beecham Corp.

LOUISIANA EASTERN
   LAE  2  08-4306             Craig Pisa v. SmithKline Beecham Corp., et al.

NORTH CAROLINA MIDDLE
   NCM  1  08-748              Mose Ella Sain, etc. v. SmithKline Beecham Corp.
   NCM  1  08-749              Icyle Shadden v. SmithKline Beecham Corp.
   NCM  1  08-754              David Beddard, Jr. v. SmithKline Beecham Corp.
   NCM  1  08-755              Gerald Callands v. SmithKline Beecham Corp.
   NCM  1  08-757              Dorothea Chisholm, etc. v. SmithKline Beecham Corp.
   NCM  1  08-758              Kathy Parchman, etc. v. SmithKline Beecham Corp.
   NCM  1  08-762              Wanda Phillips, etc. v. SmithKline Beecham Corp.
   NCM  1  08-763              Bernice Poorman, etc. v. SmithKline Beecham Corp.

NEW YORK SOUTHERN
   NYS  1  08-7783             Carol Anne Koczon, etc. v. SmithKline Beecham Corp., et al.

SOUTH CAROLINA
   SC   1  08-3253             Cynthia H. Bryant, et al. v. SmithKline Beecham Corp.

WASHINGTON WESTERN
   WAW  3  08-5539             Benny T. Santos, et al. v. SmithKline Beechman Corp.

WISCONSIN EASTERN
   WIE  2  08-843              Moisey Vasserman, et al. v. SmithKline Beechman Corp.